SEALED

FILED
MAY 28 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON GRAND JURY 2025**
**MAY 28, 2025 SESSION**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO.** 3:25-CR-00106
**18 U.S.C. § 2511(1)(a)**
**18 U.S.C. § 2511(4)**

**DARREL LEE WELLS**

**I N D I C T M E N T**

The Grand Jury Charges:

From in or about December 2021 through on or about April 4, 2022, in and around Barboursville, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant DARREL LEE WELLS, intentionally intercepted and endeavored to intercept an oral communication.

In violation of Title 18, United States Code, Sections 2511(1)(a) and 2511(4).

**NOTICE OF FORFEITURE**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2513, 28 U.S.C. § 2461, and Federal Rule of Criminal Procedure 32.2.

Pursuant to 18 U.S.C. § 2513, 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, upon conviction of defendant DARREL LEE WELLS of a violation of 18 U.S.C. § 2511, defendant DARREL LEE WELLS shall forfeit to the United States of America any property, real or personal, constituting, or derived from, any proceeds traceable to the violation charged herein, and any property involved in or used in the offense of the violations set forth in this Indictment, including but not limited to digital recording devices, electronic devices, cellular phones, computer equipment, and digital and electronic storage media seized from DARREL LEE WELLS, his residence, or his place of employment on or about April 4, 5, and 11, 2022.

LISA G. JOHNSTON
Acting United States Attorney

By: ______________________________
JENNIFER RADA HERRALD
Assistant United States Attorney