**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No.: 3:25-cr-00106**

**DARREL LEE WELLS,**

**Defendant.**

**MOTION FOR TEMPORARY RELIEF**

Defendant, Darrel Wells, by and through counsel, Abraham J. Saad, moves this Honorable Court for temporary relief from the Bond and/or home incarceration conditions. Pursuant to the Orders entered on June 6, 2025 (Document 14 and 18), Defendant was released on bond with a requirement of home incarceration.

Upon United States Probation's evaluation of his home and internet, it determined that Mr. Wells required a landline to operate the proper monitoring as the Court imposed. U.S. Probation required Mr. Wells install a landline by Friday, June 13, 2025. Despite numerous attempts to speed up the installation, the provider indicated the soonest it could install a landline was Tuesday, June 24, 2025. See Exhibit #1.

Undersigned counsel spoke with U.S. Probation that advised Mr. Wells to file a motion for temporary relief until Wednesday, June 25, 2025 to fulfill the landline requirement.

Defendant Wells respectfully requests that this Court give him until Wednesday, June 25, 2025 to complete the installation of the landline and impose any other restrictions it deems necessary during the timeframe to satisfy any additional restrictions U.S. Probation might have through June 25, 2025.

For the foregoing reasons, Defendant respectfully requests this Honorable Court GRANT his motion for temporary relief.

Respectfully submitted this 12th day of June, 2025.

**Defendant, Darrel Lee Wells,**
**By Counsel,**

**s/ Abraham J. Saad**
**Abraham J. Saad (WV Bar #10134)**
**GLAZER SAAD ANDERSON L.C.**
**P.O. Box 1638**
**Huntington, WV 25717**
**T. 304-522-4149**
**F. 800-879-7248**
**Email: abe@gsalaw-wv.com**

**CERTIFICATE OF SERVICE**

I, Abraham J. Saad, counsel for Defendant, do hereby certify that I electronically filed the foregoing **MOTION FOR TEMPORARY RELIEF** with the Clerk using the ECF/CM System, which will send notification to the following:

Jennifer Rada Herrald
Assistant U.S. Attorney
300 Virginia Street E, Suite 4000
Charleston, WV 25301
Email: jennifer.herrald@usdoj.gov

Hoyt Glazer
Glazer Saad Anderson L.C.
320 9th Street, Suite B
Huntington, WV 25701
Email: hoyt@gsalaw-wv.com

**Dated: June 12, 2025.**

**Darrel Lee Wells,**
**By counsel,**

**s/ Abraham J. Saad**
**Abraham J. Saad WVSB #10134**
**GLAZER SAAD ANDERSON L.C.**
**320 9th Street, Suite B**
**P.O. Box 1638**
**Huntington, WV 25717-1638**
**Telephone: 304-522-4149**
**Facsimile: 800-879-7248**
**Email: abe@gsalaw-wv.com**