-------- Original message --------
From: Frontier Communications <noreply@frontier.com>
Date: 6/10/25 2:42 PM (GMT-05:00)
To: mindywells@yahoo.com
Subject: Please review your Order Confirmation EA44508444

Sign in

# Thanks for your order, Melinda

## Let's get ready for installation.

1 Download the MyFrontier app to track or reschedule your appointment, get updates, and chat with your tech on installation day.

2 **Set up Auto Pay in the MyFrontier app before installation to receive your discount on your first bill.**

3 Look for a text message asking to confirm your installation date.

4 We may need to inspect your property and install service lines ahead of your scheduled installation. You don't need to be home for this step.

Learn more about how we install internet.

**GET MYFRONTIER APP**

# Order details

### Installation appointment

06/24/2025

Your technician will arrive between:
07:00 AM - 06:00 PM

---

| | |
|---|---|
| **Order number** | EA 44508444 |
| **Service Address** | 5356 Henry France Br Barboursville, WV, 25504-7529 |