FILED
MAY 19 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

UNITED STATES OF AMERICA

v. CRIMINAL ACTION NO. 3:25-00106

DARREL LEE WELLS

**EXHIBIT LIST – MOTION HEARING**

| Gov't No. | Def't No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| 1 | | 05/18/26 | 05/18/26 | SEALED transcript | Clerk's Office |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Location options: Clerk's Office; U. S. Attorney; Defense Attorney; U. S. Marshal