AO 187 (Rev. 7/87) | USDC/CRT-009 (Rev. 1/16) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

FILED
JUL 21 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

DARREL LEE WELLS

**EXHIBIT AND WITNESS LIST**

Case Number: 3:25-cr-00106

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Dwane L. Tinsley | AUSA Jennifer R. Herrald | Abraham J. Saad |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Bond Hearing - 07/20/26 | Electronic Recording | Kim Begovich |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* OR NAME OF WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/20/26 | | | Olivia Sanders, Senior USPO |
| 1 | | 7/20/26 | | | Photograph of Defendant |
| 2 | | 7/20/26 | | | Photograph of Defendant |
| 3 | | 7/20/26 | | | Photograph of Defendant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size