


GOVERNMENT EXHIBIT

CASE NO. 3:25-106

EXHIBIT NO. 1